## LAW OFFICES OF GEORGE W. PFEIFFER

2175 NORTH CALIFORNIA BLVD., SUITE 715
WALNUT CREEK, CALIFORNIA 94596

george@wclaw.com

Tel: (925) 974-1000
Fax: (925) 974-1001

August 22, 2007

**Via Facsimile No. (619) 858-3646 and E-mail**

David C. Wakefield, Esq.
PINNOCK & WAKEFIELD, A.P.C.
3033 Fifth Avenue, Suite 410
San Diego, CA 92103

RE:   <u>McCarthy., et al. v. A Street Investors</u>
Case #C07-3722

Dear Mr. Wakefield:

This will confirm that defendants may have a two week extension, up to and including September 7, 2007, within which to respond to the complaint. Please sign below to indicate your consent to this extension.

Thank you for your cooperation.

Very truly yours,

LAW OFFICES OF GEORGE PFEIFFER

GEORGE W. PFEIFFER

GWP:kmm

I agree the defendants may have up to and including ~~September 5, 2007~~ September 10, 2007 to respond to the complaint and after to resolve.

DATED: August 30, 2007

DAVID C. WAKEFIELD