**PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.   Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY<br><br>　　　　　Plaintiff,<br>　　v.<br><br>A STREET INVESTORS, LTD., A California Limited Partnership, d.b.a. PHOENIX LODGE; MDM PROPERTIES, LLC, d.b.a. PHOENIX LODGE; And DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　Defendants. | Case No.: **C07-3722 EMC**<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY.**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY STIPULATED** by and between **ROBERT MCCARTHY** on the one hand, and Defendants **A STREET INVESTORS, LTD., A California Limited Partnership, d.b.a. PHOENIX LODGE; MDM PROPERTIES, LLC, d.b.a. PHOENIX LODGE,** on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants **A STREET INVESTORS, LTD., A California Limited Partnership, d.b.a. PHOENIX LODGE; MDM PROPERTIES, LLC, d.b.a. PHOENIX LODGE,** from Plaintiff's

Document Date: September 27, 2007

1  Complaint. Additionally, Plaintiff requests that Plaintiff's complaint be dismissed with
2  prejudice in its entirety.

**IT IS SO STIPULATED.**

Dated: 09-27-2007                     **PINNOCK & WAKEFIELD, A.P.C.**

                                By:    _/S/ David C. Wakefield_____
                                       DAVID C. WAKEFIELD, ESQ.
                                       Attorneys for Plaintiff

Dated:  9-27-2007                     **LAW OFFICES OF GEORGE W. PFEIFFER**

                                By:    _/S/ George W. Pfeiffer_____
                                       GEORGE W. PFEIFFER, ESQ.
                                       Attorney for Defendants A STREET INVESTORS,
                                       LTD., A California Limited Partnership, d.b.a.
                                       PHOENIX LODGE; MDM PROPERTIES, LLC,
                                       d.b.a. PHOENIX LODGE

2     Case Number: C07-3722 EMC

Document Date: September 27, 2007

**CERTIFICATE OF PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **STIPULATED DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY** and **ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.**

on the following parties in this action by:
    __X___ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Northern District of California, Case Management/Electronic Case Files, Filing System.  I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

George W. Pfeiffer, Esq.
Law Offices of George W. Pfeiffer
2175 North California Blvd., Suite 715
Walnut Creek, CA 94596
Phone:    (925) 974-1000
FAX:      (925) 974-1001
e-mail:   George@wclaw.com
web site: http://www.wclaw.com
Attorneys for Defendant A STREET INVESTORS, LTD., A California Limited Partnership, d.b.a. PHOENIX LODGE; MDM PROPERTIES, LLC, d.b.a. PHOENIX LODGE

____ **BY MAIL:** placing _____ the original __**x**___ a true copy thereof enclosed in sealed enveloped addressed as stated above.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

3    Case Number: C07-3722 EMC

Document Date: September 27, 2007

1

2   __X___ **FEDERAL:** I declare that I am employed in the office
of a member of the Bar of this Court, at whose direction this
3   service was made.

4

5   **EXECUTED** on December 21, 2007, at San Diego, California.

6

                    By:   /S/ David C. Wakefield_____

7                           DAVID C. WAKEFIELD

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                4        Case Number: C07-3722 EMC

Document Date: September 27, 2007